**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**DERRICK CHARLESTON,**

     **Plaintiff,**

**v.**                                     **Case No. 5:20cv92-TKW-MJF**

**TRISHA MEGGS PATE, et al.,**

     **Defendants.**

_____/

**O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 6).  No objections to the Report and Recommendation were filed.  Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and failure to comply with court orders.  Accordingly, it is

     **ORDERED** that:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

     2.     This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of July, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**